UNITED STATES of America,
Plaintiff–Appellee,

v.

Danny PRICE, Defendant–Appellant.

No. 02–7917.

United States Court of Appeals,
Fourth Circuit.

Submitted May 13, 2003.

Decided May 29, 2003.

Danny Price, Appellant Pro Se. Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Danny Price appeals the district court's order denying his request for various judicial documents at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Price, No. CR–00–780 (D.S.C. Oct. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*